Opinion issued March 26, 2009










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00312-CV






AUTRY LEE JONES, Appellant


V.


LIEUTENANT COMMANDER CARL PARKS, ET AL., Appellees






On Appeal from the 133rd District Court

Harris County, Texas

Trial Court Cause No. 2006-68111






MEMORANDUM OPINION Appellant, Autry Lee Jones, has neither established indigence, nor paid all the
required fees. See Tex. R. App. P. 5 (requiring payment of fees in civil cases unless
indigent), 20.1 (listing requirements for establishing indigence); see also Tex. Gov't
Code Ann. §§ 51.207 (Vernon 2005), 51.208 (Vernon Supp. 2008); 51.941(a)
(Vernon 2005), 101.041 (Vernon Supp. 2008) (listing fees in court of appeals); Fees
Civ. Cases B(1), (3) (listing fees in court of appeals). On November 12, 2007, the
trial court sustained a contest to appellant's post-judgment affidavit of indigence. 
After being notified that this appeal was subject to dismissal, appellant did not
adequately respond. See Tex. R. App. P. 5 (allowing enforcement of rule); 42.3(c)
(allowing involuntary dismissal of case).

 We dismiss the appeal for nonpayment of all required fees. We deny all
pending motions.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Hanks.